IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>Jennifer L. Hartmann )<br>)<br>    Debtor(s) )<br>_____) | Case No.: 14-22636 TPA<br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 )<br>Trustee, )<br>)<br>    Movant, )<br>)<br>      Vs. )<br>)<br>Bank of New York Mellon )<br>)<br>    Respondent(s) ) | Related Doc. 51 |

## CONSENT ORDER

NOW, this _____ day of _____, 2016, upon an agreement reached between Movant, Ronda J. Winnecour, Chapter 13 Trustee, and Respondent, Bank of New York Mellon, as evidenced by signatures of counsel as set forth below, it appears that the Respondent has filed of record in this case Proof that its records have been corrected to show that the charges listed in the Notice of Postpetition Mortgage Fees, Expenses and charges filed on January 14, 2015 have been removed, said proof consisting of:

    A. a notarized affidavit by a corporate officer reflecting that the charges have been removed;

    B. a copy of the relevant pages of the loan history reflecting the redaction.

    C. a statement in the affidavit that there are no additional post-petition charges incurred as of the date of the affidavit for which the creditor has not sought court approval;

    D. a full and complete loan history in comprehensible format from the beginning of the loan, with an explanation of all codes and description of all charges.

Further, it appears that Respondent has tendered payment of $500.00 to the Office of Chapter 13 Trustee in full payment of the sanctions requested by Movant.

NOW, THEREFORE, the Trustee's Motion To Compel and For Sanctions has been fully resolved, and the hearing on this matter scheduled for September 14, 2016 is hereby cancelled.

BY THE COURT:

_____
U.S. Bankruptcy Judge

/s/ Richard J. Bedford_____
Richard J. Bedford, PA I.D. 25069
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
rbedford@chapter13trusteewdpa.com


/s/ Karina Velter_____
Karina Velter, PA I.D. 94781
Attorney for Bank of New York Mellon
Manley Deas Kochalski LLC
P. O. Box 16528
Columbus, OH  43216-5028
(614) 220-5611
kvelter@manleydaeas.com