Case 14-22636-TPA    Doc 62    Filed 09/14/16    Entered 09/15/16 00:59:27    Desc Imaged
                     Certificate of Notice    Page 1 of 3

FILED
9/12/16 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Jennifer L. Hartmann<br><br>　　　Debtor(s)<br>_____<br>Ronda J. Winnecour, Chapter 13<br>Trustee,<br><br>　　　Movant,<br><br>　　　Vs.<br><br>Bank of New York Mellon<br><br>　　　Respondent(s) | Case No.: 14-22636 TPA<br>Chapter 13<br><br><br><br>Related Doc. 51 |

## CONSENT ORDER

　　　NOW, this __12th__ day of __September__, 2016, upon an agreement reached between Movant, Ronda J. Winnecour, Chapter 13 Trustee, and Respondent, Bank of New York Mellon, as evidenced by signatures of counsel as set forth below, it appears that the Respondent has filed of record in this case Proof that its records have been corrected to show that the charges listed in the Notice of Postpetition Mortgage Fees, Expenses and charges filed on January 14, 2015 have been removed, said proof consisting of:

　　A. a notarized affidavit by a corporate officer reflecting that the charges have been removed;

　　B. a copy of the relevant pages of the loan history reflecting the redaction.

　　C. a statement in the affidavit that there are no additional post-petition charges incurred as of the date of the affidavit for which the creditor has not sought court approval;

　　D. a full and complete loan history in comprehensible format from the beginning of the loan, with an explanation of all codes and description of all charges.

Further, it appears that Respondent has tendered payment of $500.00 to the Office of Chapter 13 Trustee in full payment of the sanctions requested by Movant.

NOW, THEREFORE, the Trustee's Motion To Compel and For Sanctions has been fully resolved, and the hearing on this matter scheduled for September 14, 2016 is hereby cancelled.

BY THE COURT:

_____
U.S. Bankruptcy Judge

/s/ Richard J. Bedford_____
Richard J. Bedford, PA I.D. 25069
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
rbedford@chapter13trusteewdpa.com


/s/ Karina Velter_____
Karina Velter, PA I.D. 94781
Attorney for Bank of New York Mellon
Manley Deas Kochalski LLC
P. O. Box 16528
Columbus, OH  43216-5028
(614) 220-5611
kvelter@manleydaeas.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jennifer L. Hartmann
    Debtor

Case No. 14-22636-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Sep 12, 2016
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.
db        +Jennifer L. Hartmann,    612 Steiner Street,    Pittsburgh, PA 15227-4046
cr       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
          (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX   75063)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor   The Bank of New York Mellon, Et Al...
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Borough of Baldwin jhunt@grblaw.com,
           cnoroski@grblaw.com
          Karina Velter   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK,
           SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST 2003-B
           amps@manleydeas.com
          Kenneth Steidl   on behalf of Debtor Jennifer L. Hartmann julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                                                                                      TOTAL: 7