**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JENNIFER L. HARTMANN

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:14-22636 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 06/30/2014  and confirmed on 08/22/2014 .   The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,428.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,428.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,005.00 | |
|    Trustee Fee | 375.39 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,380.39 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 6,896.04 | 0.00 | 6,896.04 |
|    Acct: 5497 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 17,917.13 | 1,151.57 | 0.00 | 1,151.57 |
|    Acct: XXXXXXXXXXXXX6/14 | | | | |
| BALDWIN BOROUGH (SWG) | 135.77 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXX6;14 | | | | |
| BALDWIN BOROUGH (SWG) | 12.66 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXXXX-INT | | | | |
| | | | | 8,047.61 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| JENNIFER L. HARTMANN | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,005.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5497 | | | | |

| 14-22636 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
|   BEST BUY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5013 | | | | |
|   EQUABLE ASCENT FINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   EXPRESS SCRIPTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1155 | | | | |
|   FIRST NIAGARA BANK | 1,101.99 | 0.00 | 0.00 | 0.00 |
|     Acct: 4088 | | | | |
|   JEFFERSON REGIONAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9800 | | | | |
|   KEYSTONE ANESTHESIA CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5258 | | | | |
|   SOUTH HILLS CARDIOLOGY ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8.53 | | | | |
|   SOUTH HILLS RADIOLOGY ASSOC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8819 | | | | |
|   ST CLAIR ANESTHESIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2179 | | | | |
|   ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ORTHOPEDIC GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4823 | | | | |
|   UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 2,572.45 | 0.00 | 0.00 | 0.00 |
|     Acct: 5634 | | | | |
|   PETER J ASHCROFT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONSTAR MORTGAGE LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                                 8,047.61

```
TOTAL CLAIMED
  PRIORITY              0.00
  SECURED          18,065.56
  UNSECURED         3,674.44
```

Date: 12/05/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com